| | |
|---|---|
| 1 | CAROLYN D. PHILLIPS<br>State Bar No. 103045 |
| 2 | Attorney at Law<br>PO Box 5622 |
| 3 | Fresno, CA 93755-5622<br>tel: 559.248.9833 fax: 559.248.9820 |
| 4 | |
| 5 | Attorney for Plaintiff James Granger |

**FILED**

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 8 | JAMES GRANGER, | Case No. 1:05-CV-1272- AWI-DLB |
| 9 | Plaintiff, | **STIPULATION TO CONTINUE THE FEBRUARY 3, 2006 HEARING OF DEFENDANTS' MOTION TO DISMISS TO MARCH 3, 2006, 9:00 A.M;** |
| 10 | | |
| 11 | v. | [PROPOSED] **ORDER** |
| 12 | ED ALAMEIDA, JR. et al., | Date: March 3, 2006<br>Time: 9:00<br>Judge Dennis L. Beck |
| 13 | | |
| 14 | Defendants. | |

The parties through their respective legal counsel, hereby agree and stipulate that the hearing currently set for February 3, 2006 on defendants' Motion to Dismiss be continued to March 3, 2006, at 9:00 a.m., Courtroom Nine to be heard at the same time defendant Alameida's Motion to Dismiss is scheduled to be heard.

IT IS SO STIPULATED.

Dated: January 20, 2006                     CAROLYN PHILLIPS

By:/s/Carolyn D. Phillips
Carolyn D. Phillips
Attorneys for plaintiff

Stipulation to Continue and Set Hearing on Defendants'
Motions to Dismiss the Amended Complaint;
Granger v. Alameida, et. al., Case No. CV F 05-1272 AWI/DLB

BILL LOCKYER, Attorney General
DARRYL L. DOKE, Lead
THOMAS D. McCRACKIN,
Supervising Deputy Attorney General

Dated January 20, 2006

By: /s/ Jeffrey R. Vincent
JEFFREY R. VINCENT
Attorneys for Defendants, Alameida,
Adams, Nguyen, Edger, and Wofford

IT IS SO ORDERED.

Dated: 1/27/2006

_____
HON. DENNIS L. BECK
Judge, United States District Court

Stipulation to Continue and Set Hearing on Defendants'
Motions to Dismiss the Amended Complaint;
Granger v. Alameida, et. al., Case No. CV F 05-1272 AWI/DLB