# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES W. GRANGER,** | CASE NO. CV-F-05-1272 AWI DLB |
| Plaintiff, | ORDER VACATING PRETRIAL CONFERENCE |
| vs. | |
| **ED ALAMEIDA, JR., et. al.,** | |
| Defendants. | |

On August 31, 2006, the court granted Defendants' motion to dismiss and dismissed this action.  On September 11, 2006, Plaintiff filed a motion for reconsideration, which the court granted because Plaintiff had not been given the opportunity to fully brief all relevant issues.   Plaintiff then filed an opposition to the motion to dismiss in light of new case law.   On May 8, 2007, the Magistrate Judge filed Findings and Recommendations that recommended Defendant's motion to dismiss be granted, and the parties have filed objections.

Because Defendants' motion to dismiss remains outstanding, the court will vacate the pretrial conference.  If the court denies Defendants' motion, the court will set a new dates for trial and a pretrial conference.  Accordingly, the June 20, 2007 pretrial conference is VACATED.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                         /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE

1